UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


ANTONIO CHRISTIEN (#518139)

VERSUS                                          CIVIL ACTION

MAJ. JOHNSON, ET AL                             NUMBER 14-287-JJB-SCR

### ORDER RESCHEDULING *SPEARS* HEARING

Due to a scheduling conflict, the hearing pursuant to *Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985) scheduled on July 30, 2014 must be rescheduled.

Therefore;

IT IS ORDERED that the order scheduling this matter for a *Spears* hearing on July 30, 2014 is vacated.

IT IS FURTHER ORDERED  that a hearing be held in this case pursuant to *Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985), on **July 2, 2014**, at 10:00 a.m., in Courtroom 5, Russell B. Long Federal Building, Baton Rouge, Louisiana, to determine whether all or any part of this case should be dismissed as frivolous because: (1) the complaint has no realistic chance of ultimate success; or (2) it has no arguable merit in terms of the arguable substance of the claims presented, both in law and in fact; or (3) beyond doubt, the plaintiff can prove no set of facts in support of his claims which would entitle him to relief.  *See, Green v. McKaskle*, 788 F.2d 1116, 1120 (5th Cir. 1986).

USM

IT IS FURTHER ORDERED that the Warden of Hunt Correctional Center, St. Gabriel, Louisiana, produce inmate Antonio Christien #518139 at **10:00 a.m.** for the **July 2, 2014** hearing.

Baton Rouge, Louisiana, June 10, 2014.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE