UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTONIO CHRISTIEN (#518139)

VERSUS                                          CIVIL ACTION

MAJ. JOHNSON, ET AL                             NUMBER 14-287-JJB-SCR

## ORDER TO AMEND COMPLAINT

Pro se plaintiff, an inmate at Hunt Correctional Center, St. Gabriel, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 against Maj. Johnson and Capt. White.  Plaintiff alleged that the defendants subjected him to cruel and unusual punishment by sexual assault.

Plaintiff attached as an exhibit to the complaint a copy of a letter which presumably was a sent to prison officials as an administrative grievance ("ARP").  In the letter, the plaintiff complained that on November 24, 2013, the defendants searched his cell and conducted a strip search.  Plaintiff complained that he removed his clothing and complied with orders to open his mouth, raise his arms, raise his feet, lift his genitals, squat and cough.  Plaintiff complained that he was instructed to bend at the waist and spread the cheeks of his buttocks.  Plaintiff complained that he refused to comply with the orders because he believed the defendants were trying to make him feel like a homosexual.  Plaintiff complained that defendant Capt. White grabbed him, pushed him against the wall and grabbed his arms.  Plaintiff complained that defendant Maj. Johnson ran his finger down the crack of his

buttocks and made vulgar comments.

On July 2, 2014, a hearing was held in this case pursuant to *Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985), to determine whether this case should be dismissed as frivolous. At the *Spears* hearing the plaintiff offered additional details regarding the alleged incident, specifically the actions of defendant Maj. Johnson, which were not contained in either the complaint or in the exhibit which was attached to the complaint.

Therefore;

IT IS ORDERED that within 14 days from the date of this order the plaintiff shall file an amended complaint to allege the facts asserted at the *Spears* hearing, particularly regarding the actions of defendant Maj. Johnson.

Thereafter, the court will determine whether all or any party of the plaintiff's complaint, as amended, should be dismissed as frivolous or for failure to state a claim upon which relief can be granted.

**Failure to comply with this order may result in the plaintiff's complaint being dismissed frivolous or for failure to state a claim upon which relief can be granted.**

Baton Rouge, Louisiana, July 2, 2014.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE